**Dismissed and Memorandum Opinion filed January 28, 2014.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-13-00822-CR

_____

## JAMODRIK LORENZO WILLIAMS, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the 262nd District Court**
**Harris County, Texas**
**Trial Court Cause No. 1359702**

## M E M O R A N D U M   O P I N I O N

Appellant was convicted of evading arrest and sentenced to confinement for two years in the Institutional Division of the Texas Department of Criminal Justice. Appellant filed a notice of appeal on August 8, 2013.

On January 3, 2014, this court ordered a hearing to determine why appellant's counsel had not filed a brief in this appeal. On January 7, 2014, the

trial court conducted the hearing, and the record of the hearing was filed in this court on January 21, 2014.

At the hearing, appellant, together with his counsel, confirmed that he had discussed the issues with counsel and determined that appellant no longer wished to pursue his appeal.

Appellant has not filed a written motion to withdraw the appeal or a written motion to dismiss the appeal. *See* Tex. R. App. P. 42.2(a). However, based upon the testimony at the hearing that appellant does not want to continue his appeal, we conclude that good cause exists to suspend the operation of Rule 42.2(a) in this case. *See* Tex. R. App. P. 2.

Accordingly, we dismiss the appeal.

PER CURIAM

Panel consists of Justices McCally, Busby and Donovan.
Do Not Publish ─ Tex. R. App. P. 47.2(b).